### 11945.  BREWER *v.* THE STATE.

BROYLES, C. J.  The motion for a new trial in this case contains only the usual general grounds; the evidence was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of the defendant's guilt; and the court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED JANUARY 25, 1921.

Accusation of larceny; from city court of Floyd county — Judge Nunnally. October 29, 1920.

*W. B. Mebane,* for plaintiff in error.

*J. F. Kelly, solicitor,* contra.